IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DALLAS DRUMMOND, | § | |
| | § | |
| Defendant Below, | § | No. 477, 2019 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. 1004007691 (K) |
| | § | 1001008949A (K) |
| Plaintiff Below, | § | |
| Appellee. | § | |
| | § | |
| | § | |

Submitted:  December 31, 2019
Decided:  January 2, 2020

## ORDER

It appears to the Court that, on December 13, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Dallas Drummond, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or file a motion to proceed in forma pauperis as instructed by the Senior Court Clerk's letter dated November 19, 2019. Drummond received the notice to show cause as evidenced by the undated return receipt that was filed with the Court on December 20, 2019. Drummond has not responded to the notice to show cause, paid the Supreme Court filing fee, or filed a motion to proceed in forma pauperis within the required ten-day period. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice